NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

**ON MOTION**

---

# ORDER

Peter C. Nwogu moves for reconsideration of the court's order dismissing his appeal for failure to pay the docketing fee, and for an extension of time to file his opening brief. The docketing fee now having been paid,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the appeal is rein-

stated. The appellant's opening brief, if it has not already been filed, is due within 14 days of the date of filing of this order. The appellee should calculate its brief due date from the date of filing of this order or from the date of service of the appellant's opening brief, whichever is later.

FOR THE COURT

APR 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Yaw Akuoko, Esq.
    David F. D'Alessandris Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 6 2011

JAN HORBALY
CLERK